FILED

07/10/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0702

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0702

_____

GARY O. STEWART,

     Petitioner and Appellee,

v.                                    O R D E R

KYLE GRIMSRUD,

     Respondent and Appellant.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Heather Perry, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 10 2024